Rony Vera
Patricia Vera

American Express
P.O. Box 981537
El Paso, Texas 79998

Bank of America
P.O. Box 982238
El Paso, Texas 79998

Capitol One
P.O. Box 30281
Salt Lake City, Utah 84130

chaseBank USA
P.O. Box 15298
Wilmington, DE. 19850

Citicard  /Citibank
P.O. Box 6241
Sioux Falls, SD 57117

 American Express
P. o. Box 981537
ElPaso, Texas

Barclay's  Bank Delewasr
P.O. Box 8803
Wilmington, DE

Medical Business Bureau
1460 Renaissance Dr.
Park Ridge, Illinois

Midland Credit Funding
8875 Aero Dr. #200
San Diego, California
New York Mellon
C/O Kpzeny & McCubbin LLC.
105 W. Adams suite 1850
Chicago, Illinois 60603


Archer Bank
C/O Martin & Karcazes
161 N. Clark Street
Chicago, Illinois