# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: VERA, RONY B. § Case No. 14-05646-PH
    VERA, PATRICIA E. §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 21, 2014. The undersigned trustee was appointed on June 11, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     109,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 43,955.85 |
| Bank service fees | 262.09 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 64,782.06 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

  6. The deadline for filing non-governmental claims in this case was 01/09/2015 and the deadline for filing governmental claims was 01/09/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,700.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $0.00 as interim compensation and now requests the sum of $8,700.00, for a total compensation of $8,700.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/20/2016  By: /s/EUGENE CRANE
        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-05646-PH  
**Case Name:** VERA, RONY B.  
VERA, PATRICIA E.  
**Period Ending:** 06/20/16

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 06/11/14 (c)  
**§341(a) Meeting Date:** 07/08/14  
**Claims Bar Date:** 01/09/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5501 N. Spaulding Chicago, Illinois<br>Imported from original petition Doc# 16 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1800 S. Holman, Chicago, Illinois<br>Imported from original petition Doc# 16 | 100,000.00 | 0.00 | | 0.00 | FA |
| 3 | 4336 W. 18th St., Chicago, Illinois<br>Imported from original petition Doc# 16 | 200,000.00 | 100,000.00 | | 101,500.00 | FA |
| 4 | 4144 N. Mozart, Chicago, Illinois<br>Imported from original petition Doc# 16 | 200,000.00 | 0.00 | | 0.00 | FA |
| 5 | TCF Bank account | 9,500.00 | 7,500.00 | | 7,500.00 | FA |
| 6 | Cash | 200.00 | 200.00 | | 0.00 | FA |
| 7 | Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Books and Art Objects | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 11 | 2000 Suzuki Vithma automobile | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | Office Equipment, Furnishings and Supplies | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Misc - other personal property | 800.00 | 400.00 | | 0.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$716,900.00** | **$108,100.00** | | **$109,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

05/25/2016: Sent TFR to USTO for review. (dk)

05/12/2016: Adversaries dismissed per Court Order. Federal and State taxes filed, will begin closing case (dk)

03/31/2016: Ttee had to cancel sale of real property. Retained broker who found a new buyer. Motion to sell property approved by BK Court. Building sold. Have filed objection to secured claim.(dk)

03/31/2015: Trustee negotiated a settlement for real property; buyer will pay estate directly. Motion filed for sale of RE, order entered by Court ; Waiting for payment. Trustee has filed a complaint objecting to Debtor's discharge. Debtor's are in default since they did not file a response to complaint. (dk)

10/08: Filed Initial Report of Assets. Debtors testified at cont'd hearing that they sold building prior to filing BK. Have been collecting payments from buyer per month. Contract for sale was not recorded with Recorder of Deeds (dk)

09/03/2014: Debtors appeared at 09/02 hearing, Mike Desmond (examiner) told them that we still need insurance evidence rent rolls, leases etc for 4334-4336 W. 18th property. 3 units are rented of the six. Ttee filed motion to compel debtors to turn over documents, security deposits keys etc since atty still is not responsive. (dk)

09/03/2014: Motions to employ counsel/extend time to object to discharge filed (dk)

07/15: Mt to Lift stay entered on 5501 N. Spaulding address

Printed: 06/20/2016 04:18 PM   V.13.25

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-05646-PH  
**Case Name:** VERA, RONY B.  
VERA, PATRICIA E.  
**Period Ending:** 06/20/16

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 06/11/14 (c)  
**§341(a) Meeting Date:** 07/08/14  
**Claims Bar Date:** 01/09/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2015     **Current Projected Date Of Final Report (TFR):** June 30, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-05646-PH  
**Case Name:** VERA, RONY B.  
VERA, PATRICIA E.  
**Taxpayer ID #:** **-***2595  
**Period Ending:** 06/20/16

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/29/16 | | Chicago Title and Trust Co. | Proceeds from sale of 4336-4338 W. 18th Street | | | 57,314.15 | | 57,314.15 |
| | {3} | | Gross Proceeds from sale of real property | 101,500.00 | 1110-000 | | | 57,314.15 |
| | | | Tax Prorations | -8,139.47 | 2820-000 | | | 57,314.15 |
| | | | Tax payment service fees | -100.00 | 2500-000 | | | 57,314.15 |
| | | | Reimbursement for water bill | -5,286.84 | 2500-000 | | | 57,314.15 |
| | | | Payoff Recorded Judgment to Citibank | -1,894.26 | 2500-000 | | | 57,314.15 |
| | | | Tax Stamps | -28,415.28 | 2820-000 | | | 57,314.15 |
| | | | Chicago Title Holdback for bldg registration | -350.00 | 2500-000 | | | 57,314.15 |
| 02/11/16 | | Chicago Title and Trust Company | Refund of closing cost - registration fee for city of Chicago | | 2500-002 | | -230.00 | 57,544.15 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 71.41 | 57,472.74 |
| 03/02/16 | {5} | Crane Heyman Simon Welch & Clar | Liquidation of Debtor's TCF Bank Account (originally wired to Firm) | | 1129-000 | 7,500.00 | | 64,972.74 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 100.73 | 64,872.01 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 89.95 | 64,782.06 |
| | | | **ACCOUNT TOTALS** | | | 64,814.15 | 32.09 | **$64,782.06** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 64,814.15 | 32.09 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$64,814.15** | **$32.09** | |

| | | |
|---|---|---|
| Net Receipts : | 64,814.15 | |
| Plus Gross Adjustments : | 44,185.85 | |
| Less Other Noncompensable Items : | -230.00 | |
| Net Estate : | $109,230.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******4266 | 64,814.15 | 32.09 | 64,782.06 |
| | $64,814.15 | $32.09 | $64,782.06 |

{} Asset reference(s)

Printed: 06/20/2016 04:18 PM     V.13.25

# Claims Proposed Distribution

## Case: 14-05646-PH   VERA, RONY B.

**Case Balance:** $64,782.06   **Total Proposed Payment:** $64,782.06   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 7 -2 | The Bank of New York Mellon | Secured | 600,607.77 | 0.00 | 0.00 | 0.00 | 0.00 | 64,782.06 |
| | Clerk of U.S. Bankruptcy Court | Admin Ch. 7 | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 | 64,432.06 |
| | Clerk of U.S. Bankruptcy Court | Admin Ch. 7 | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 | 64,082.06 |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 1,094.08 | 1,094.08 | 0.00 | 1,094.08 | 1,094.08 | 62,987.98 |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 44,433.00 | 44,433.00 | 0.00 | 44,433.00 | 44,433.00 | 18,554.98 |
| | EUGENE CRANE | Admin Ch. 7 | 8,700.00 | 8,700.00 | 0.00 | 8,700.00 | 8,700.00 | 9,854.98 |
| | Popowcer Katten, Ltd. | Admin Ch. 7 | 1,096.50 | 1,096.50 | 0.00 | 1,096.50 | 1,096.50 | 8,758.48 |
| 11P | Internal Revenue Service | Priority | 13,107.50 | 13,107.50 | 0.00 | 13,107.50 | 8,758.48 | 0.00 |
| 1 | Commonwealth Edison | Unsecured | 2,119.25 | 2,119.25 | 0.00 | 2,119.25 | 0.00 | 0.00 |
| 2 | American Express Bank, FSB | Unsecured | 100.23 | 100.23 | 0.00 | 100.23 | 0.00 | 0.00 |
| 3 | American Express Bank, FSB | Unsecured | 1,651.59 | 1,651.59 | 0.00 | 1,651.59 | 0.00 | 0.00 |
| 4 | American Express Bank, FSB | Unsecured | 1,879.45 | 1,879.45 | 0.00 | 1,879.45 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | Unsecured | 6,129.65 | 6,129.65 | 0.00 | 6,129.65 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | Unsecured | 16,802.44 | 16,802.44 | 0.00 | 16,802.44 | 0.00 | 0.00 |
| 8 | CERASTES, LLC | Unsecured | 2,348.91 | 2,348.91 | 0.00 | 2,348.91 | 0.00 | 0.00 |
| 9 | PEOPLES GAS LIGHT & COKE COMPANY | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | Midland Credit Management, Inc. | Unsecured | 32,149.67 | 32,149.67 | 0.00 | 32,149.67 | 0.00 | 0.00 |
| 11U | Internal Revenue Service | Unsecured | 31.80 | 31.80 | 0.00 | 31.80 | 0.00 | 0.00 |
| 12 | Capital One, N.A. | Unsecured | 304.46 | 304.46 | 0.00 | 304.46 | 0.00 | 0.00 |
| 13 | Jefferson Capital Systems LLC | Unsecured | 614.28 | 614.28 | 0.00 | 614.28 | 0.00 | 0.00 |

**Claim 7-2 Memo:** 03/16/2016 Amendment 7-2 imported by DRK; original claim didn't exist
Claim was disallowed per Court Order entered on 04/14/2016
--------------------------------------------------------------------------------* * *

**Clerk of U.S. Bankruptcy Court (1st):** <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)>
Claim Memo: Crane v. Vera Adversary filing fee

**Clerk of U.S. Bankruptcy Court (2nd):** <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)>
Claim Memo: Crane v. Brinson Adversary filing fee

**Crane, Heyman, Simon, Welch & Clar:** <3120-00 Attorney for Trustee Expenses (Trustee Firm)>

**Crane, Heyman, Simon, Welch & Clar:** <3110-00 Attorney for Trustee Fees (Trustee Firm)>

**EUGENE CRANE:** <2100-00 Trustee Compensation>

**Popowcer Katten, Ltd.:** <3410-00 Accountant for Trustee Fees (Other Firm)>

# Claims Proposed Distribution

## Case: 14-05646-PH   VERA, RONY B.

**Case Balance:** $64,782.06    **Total Proposed Payment:** $64,782.06    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 14-05646 :** | | **$733,870.58** | **$133,262.81** | **$0.00** | **$133,262.81** | **$64,782.06** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $56,023.58 | $56,023.58 | $0.00 | $56,023.58 | 100.000000% |
| **Total Priority Claims :** | $13,107.50 | $13,107.50 | $0.00 | $8,758.48 | 66.820370% |
| **Total Secured Claims :** | $600,607.77 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $64,131.73 | $64,131.73 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                Exhibit D

Case No.: 14-05646-PH
Case Name: VERA, RONY B.
Trustee Name: EUGENE CRANE

**Balance on hand:**                $               64,782.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 7-2 | The Bank of New York Mellon | 600,607.77 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $            0.00
Remaining balance:                          $       64,782.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - EUGENE CRANE | 8,700.00 | 0.00 | 8,700.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 44,433.00 | 0.00 | 44,433.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 1,094.08 | 0.00 | 1,094.08 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,096.50 | 0.00 | 1,096.50 |
| Charges, U.S. Bankruptcy Court | 700.00 | 0.00 | 700.00 |

Total to be paid for chapter 7 administration expenses:     $       56,023.58
Remaining balance:                                           $        8,758.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $            0.00
Remaining balance:                                               $        8,758.48

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,107.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 11P | Internal Revenue Service | 13,107.50 | 0.00 | 8,758.48 |
| | Total to be paid for priority claims: | | $ | 8,758.48 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,131.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Commonwealth Edison | 2,119.25 | 0.00 | 0.00 |
| 2 | American Express Bank, FSB | 100.23 | 0.00 | 0.00 |
| 3 | American Express Bank, FSB | 1,651.59 | 0.00 | 0.00 |
| 4 | American Express Bank, FSB | 1,879.45 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 6,129.65 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 16,802.44 | 0.00 | 0.00 |
| 8 | CERASTES, LLC | 2,348.91 | 0.00 | 0.00 |
| 9 | PEOPLES GAS LIGHT & COKE COMPANY | 0.00 | 0.00 | 0.00 |
| 10 | Midland Credit Management, Inc. | 32,149.67 | 0.00 | 0.00 |
| 11U | Internal Revenue Service | 31.80 | 0.00 | 0.00 |
| 12 | Capital One, N.A. | 304.46 | 0.00 | 0.00 |
| 13 | Jefferson Capital Systems LLC | 614.28 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**