IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 14-05646 |
| RONY B. VERA ) | Chapter 7 |
| PATRICIA E VERA. ) | Judge Pamela S. Hollis |
| Debtors. ) | |

**CERTIFICATE OF SERVICE**

STATE OF ILLINOIS )
  )
COUNTY OF COOK  )

  The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object(NFR), to be served either electronically or via U.S. First Class mail, postage pre-paid, to the names and addresses listed on the attached Service List on this 21st day of June 2016, before the hour of 5:00 p.m.

                /s/Eugene Crane

**Counsel for the Trustee**
Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

# SERVICE LIST

**Parties served through the Court's
Electronic Notice for Registrants:**

United States Trustee
email: USTPRegion11.ES.ECF@usdoj.gov

Willis E. Brown
Willis E. Brown Ltd.
840 E. 87th Street #208B
Chicago, IL 60619

The Bank of NY Mellon
c/o Michael Dimand
email: mdimand@aol.com

Jyothi Martin
Pierce & Associates
email: jramana@atty-pierce.com

**Parties served via U.S. Mail**

Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, IL 60604-1702

Rony Vera
Patricia Vera
5501 N. Spaulding Avenue
Chicago, IL 60625

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive
Suite 1550
Chicago, IL 60601

Kevin Brinson
1427 Kenneth Ave.
Chicago, IL 60623

Michael Dimand
Wirbicki Law Group, LLC
33 W. Monroe, Suite 1140
Chicago, IL 60603

American Express
P.O. Box 981537
El Paso, TX 79998-1537

American Express Bank, FSB
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Archer Bank
c/o Martin & Karcazes
161 N. Clark Street, #550
Chicago, IL 60601-3206

Bank of America
FIA Card Services
P.O. Box 2036
Warren, MI 48090-2036

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Bank of America, N.A.
c/o The Wirbicki Law Group, LLC
33 W. Monroe St., Ste. 1140
Chicago, IL 60603-5332

Bank of New York Mellon
c/o Noon and Lieberman
105 W. Adams St., #1100
Chicago, IL 60607-2925

Bank of New York Mellon
c/o Pierce & Associates
1 N. Dearborn St., Suite 1300
Chicago, IL 60602-4321

Barclays Bank Delaware
P.O. Box 8803
Wilmington, DE 19899-8803

Cerastes, LLC
c/o Weinstein, Pinson & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121-3132

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Capitol One
P.O. Box 30281
Salt Lake City, UT 84130-0281

Chase Bank USA
P.O. Box 15298
Wilmington, DE 19850-5298

Cheswold (ophrys), LLC
c/o Weinstein & Riley
2001 Western Ave., Ste 400
Seattle, WA 98121-3132

Citicard/Citibank
P.O. Box 6241
Sioux Falls, SD 57117-6241

Commonwealth Edison
3 Lincoln Center
Bankruptcy Dept.
Oakbrook Terrace, IL 60181-4204

Wachovia Bank NA
MAC X2303-01A
1 Home Campus, 1st Floor
Des Moines, IA 50328-0001

Illinois Dept. Of Revenue
Bankruptcy Unit Level 7-425
100 W. Randolph Street
Chicago, IL 60601

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems, LLC
P.O. Box 7999
St. Cloud, MN 56302-7999

Medical Business Bureau
1460 Renaissance Dr.
Park Ridge, IL 60068-1349

Midland Credit Management, Inc.
As agent for Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090-2036

Peoples Gas Light & Coke Company
200 E. Randolph Street
Chicago, IL 60601-6433

Portfolio Recovery Associates LLC
successor to US Bank, NA
P.O. Box 41067
Norfolk, VA 23541-1067

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: VERA, RONY B. | § | Case No. 14-05646-PH |
| VERA, PATRICIA E. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 07/21/2016 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/21/2016          By:   /s/Eugene Crane
                                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: VERA, RONY B. § Case No. 14-05646-PH
VERA, PATRICIA E. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 109,000.00

*and approved disbursements of*  $ 44,217.94

*leaving a balance on hand of* [1]  $ 64,782.06

**Balance on hand:**  $ 64,782.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 -2 | The Bank of New York Mellon | 600,607.77 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 64,782.06

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 8,700.00 | 0.00 | 8,700.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 44,433.00 | 0.00 | 44,433.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 1,094.08 | 0.00 | 1,094.08 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,096.50 | 0.00 | 1,096.50 |
| Charges, U.S. Bankruptcy Court | 700.00 | 0.00 | 700.00 |

Total to be paid for chapter 7 administration expenses: $ 56,023.58
Remaining balance: $ 8,758.48

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:                                           $     8,758.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $13,107.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P | Internal Revenue Service | 13,107.50 | 0.00 | 8,758.48 |

Total to be paid for priority claims:   $    8,758.48
Remaining balance:                      $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,131.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison | 2,119.25 | 0.00 | 0.00 |
| 2 | American Express Bank, FSB | 100.23 | 0.00 | 0.00 |
| 3 | American Express Bank, FSB | 1,651.59 | 0.00 | 0.00 |
| 4 | American Express Bank, FSB | 1,879.45 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 6,129.65 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 16,802.44 | 0.00 | 0.00 |
| 8 | CERASTES, LLC | 2,348.91 | 0.00 | 0.00 |
| 9 | PEOPLES GAS LIGHT & COKE COMPANY | 0.00 | 0.00 | 0.00 |
| 10 | Midland Credit Management, Inc. | 32,149.67 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11U | Internal Revenue Service | 31.80 | 0.00 | 0.00 |
| 12 | Capital One, N.A. | 304.46 | 0.00 | 0.00 |
| 13 | Jefferson Capital Systems LLC | 614.28 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/EUGENE CRANE
　　　　　　　　　　　　　Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**