**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: VERA, RONY B. § Case No. 14-05646-PH
      VERA, PATRICIA E. §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $507,400.00     Assets Exempt: $23,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,758.48     Claims Discharged
                                                                  Without Payment: $108,639.75

Total Expenses of Administration: $100,241.52

---

    3) Total gross receipts of $ 109,000.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $109,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,541,315.00 | $600,607.77 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 100,241.52 | 100,241.52 | 100,241.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 13,107.50 | 13,107.50 | 8,758.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 163,571.00 | 64,131.73 | 64,131.73 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,704,886.00 | $778,088.52 | $177,480.75 | $109,000.00 |

4) This case was originally filed under Chapter 13 on February 21, 2014 and it was converted to Chapter 7 on June 11, 2014. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2016          By: /s/EUGENE CRANE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4336 W. 18th St., Chicago, Illinois | 1110-000 | 101,500.00 |
| TCF Bank account | 1129-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$109,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 -2 | The Bank of New York Mellon | 4110-000 | 509,080.00 | 600,607.77 | 0.00 | 0.00 |
| NOTFILED | Bank of New York Mellon | 4110-000 | 197,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Archer Bank | 4110-000 | 271,593.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of New York Mellon | 4110-000 | 31,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Q Servicing | 4110-000 | 64,842.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of New York Mellon | 4110-000 | 467,600.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,541,315.00** | **$600,607.77** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 8,700.00 | 8,700.00 | 8,700.00 |
| Clerk of U.S. Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Clerk of U.S. Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 44,433.00 | 44,433.00 | 44,433.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 1,094.08 | 1,094.08 | 1,094.08 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,096.50 | 1,096.50 | 1,096.50 |
| Chicago Title and Trust Co. | 2820-000 | N/A | 8,139.47 | 8,139.47 | 8,139.47 |
| Chicago Title and Trust Co. | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Chicago Title and Trust Co. | 2500-000 | N/A | 5,286.84 | 5,286.84 | 5,286.84 |
| Chicago Title and Trust Co. | 2500-000 | N/A | 1,894.26 | 1,894.26 | 1,894.26 |
| Chicago Title and Trust Co. | 2820-000 | N/A | 28,415.28 | 28,415.28 | 28,415.28 |
| Chicago Title and Trust Co. | 2500-000 | N/A | 350.00 | 350.00 | 350.00 |
| Chicago Title and Trust Company | 2500-002 | N/A | -230.00 | -230.00 | -230.00 |
| Rabobank, N.A. | 2600-000 | N/A | 71.41 | 71.41 | 71.41 |
| Rabobank, N.A. | 2600-000 | N/A | 100.73 | 100.73 | 100.73 |
| Rabobank, N.A. | 2600-000 | N/A | 89.95 | 89.95 | 89.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $100,241.52 | $100,241.52 | $100,241.52 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11P | Internal Revenue Service | 5800-000 | N/A | 13,107.50 | 13,107.50 | 8,758.48 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $13,107.50 | $13,107.50 | $8,758.48 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison | 7100-000 | N/A | 2,119.25 | 2,119.25 | 0.00 |
| 2 | American Express Bank, FSB | 7100-000 | 3,138.00 | 100.23 | 100.23 | 0.00 |
| 3 | American Express Bank, FSB | 7100-000 | 3,138.00 | 1,651.59 | 1,651.59 | 0.00 |
| 4 | American Express Bank, FSB | 7100-000 | 3,138.00 | 1,879.45 | 1,879.45 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 6,129.65 | 6,129.65 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 16,802.44 | 16,802.44 | 0.00 |
| 8 | CERASTES, LLC | 7100-000 | 78,089.00 | 2,348.91 | 2,348.91 | 0.00 |
| 9 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | Midland Credit Management, Inc. | 7100-000 | 29,780.00 | 32,149.67 | 32,149.67 | 0.00 |
| 11U | Internal Revenue Service | 7100-000 | N/A | 31.80 | 31.80 | 0.00 |
| 12 | Capital One, N.A. | 7100-000 | 6,129.00 | 304.46 | 304.46 | 0.00 |
| 13 | Jefferson Capital Systems LLC | 7100-000 | N/A | 614.28 | 614.28 | 0.00 |
| NOTFILED | Cheswold(Ophrys) LLC | 7100-000 | 19,882.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 20,277.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $163,571.00 | $64,131.73 | $64,131.73 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-05646-PH  
**Case Name:** VERA, RONY B.  
　　　　　　　VERA, PATRICIA E.  
**Period Ending:** 08/11/16  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 06/11/14 (c)  
**§341(a) Meeting Date:** 07/08/14  
**Claims Bar Date:** 01/09/15  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  5501 N. Spaulding Chicago, Illinois  Imported from original petition Doc# 16 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2  1800 S. Holman, Chicago, Illinois  Imported from original petition Doc# 16 | 100,000.00 | 0.00 | | 0.00 | FA |
| 3  4336 W. 18th St., Chicago, Illinois  Imported from original petition Doc# 16 | 200,000.00 | 100,000.00 | | 101,500.00 | FA |
| 4  4144 N. Mozart, Chicago, Illinois  Imported from original petition Doc# 16 | 200,000.00 | 0.00 | | 0.00 | FA |
| 5  TCF Bank account | 9,500.00 | 7,500.00 | | 7,500.00 | FA |
| 6  Cash | 200.00 | 200.00 | | 0.00 | FA |
| 7  Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 8  Books and Art Objects | 200.00 | 0.00 | | 0.00 | FA |
| 9  Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 10  Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 11  2000 Suzuki Vithma automobile | 3,000.00 | 0.00 | | 0.00 | FA |
| 12  Office Equipment, Furnishings and Supplies | 100.00 | 0.00 | | 0.00 | FA |
| 13  Misc - other personal property | 800.00 | 400.00 | | 0.00 | FA |
| 13  Assets  Totals (Excluding unknown values) | **$716,900.00** | **$108,100.00** | | **$109,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

06/21/2016: TFR and fee apps filed with Court; hearing on 07/21 (dk)

05/25/2016: Sent TFR to USTO for review. (dk)

05/12/2016: Adversaries dismissed per Court Order. Federal and State taxes filed, will begin closing case (dk)

03/31/2016: Ttee had to cancel sale of real property. Retained broker who found a new buyer. Motion to sell property approved by BK Court. Building sold. Have filed objection to secured claim.(dk)

03/31/2015: Trustee negotiated a settlement for real property; buyer will pay estate directly. Motion filed for sale of RE, order entered by Court ;   Waiting for payment. Trustee has filed a complaint objecting to Debtor's discharge. Debtor's are in default since they did not file a response to complaint. (dk)

10/08: Filed Initial Report of Assets. Debtors testified at cont'd hearing that they sold building prior to filing BK. Have been collecting payments from buyer per month. Contract for sale was not recorded with Recorder of Deeds (dk)

09/03/2014: Debtors appeared at 09/02 hearing, Mike Desmond (examiner) told them that we still need insurance evidence rent rolls, leases etc for 4334-4336 W. 18th property. 3 units are rented of the six. Ttee filed motion to compel debtors to turn over documents, security deposits keys etc since atty still is not responsive. (dk)

09/03/2014: Motions to employ counsel/extend time to object to discharge filed (dk)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-05646-PH  
**Case Name:** VERA, RONY B.  
VERA, PATRICIA E.  
**Period Ending:** 08/11/16

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 06/11/14 (c)  
**§341(a) Meeting Date:** 07/08/14  
**Claims Bar Date:** 01/09/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

07/15: Mt to Lift stay entered on 5501 N. Spaulding address

**Initial Projected Date Of Final Report (TFR):** December 31, 2015   **Current Projected Date Of Final Report (TFR):** June 21, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-05646-PH  
**Case Name:** VERA, RONY B.  
VERA, PATRICIA E.  
**Taxpayer ID #:** **-***2595  
**Period Ending:** 08/11/16  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/29/16 | | Chicago Title and Trust Co. | Proceeds from sale of 4336-4338 W. 18th Street | | | 57,314.15 | | 57,314.15 |
| | {3} | | Gross Proceeds from sale of real property | 101,500.00 | 1110-000 | | | 57,314.15 |
| | | | Tax Prorations | -8,139.47 | 2820-000 | | | 57,314.15 |
| | | | Tax payment service fees | -100.00 | 2500-000 | | | 57,314.15 |
| | | | Reimbursement for water bill | -5,286.84 | 2500-000 | | | 57,314.15 |
| | | | Payoff Recorded Judgment to Citibank | -1,894.26 | 2500-000 | | | 57,314.15 |
| | | | Tax Stamps | -28,415.28 | 2820-000 | | | 57,314.15 |
| | | | Chicago Title Holdback for bldg registration | -350.00 | 2500-000 | | | 57,314.15 |
| 02/11/16 | | Chicago Title and Trust Company | Refund of closing cost - registration fee for city of Chicago | | 2500-002 | | -230.00 | 57,544.15 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 71.41 | 57,472.74 |
| 03/02/16 | {5} | Crane Heyman Simon Welch & Clar | Liquidation of Debtor's TCF Bank Account (originally wired to Firm) | | 1129-000 | 7,500.00 | | 64,972.74 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 100.73 | 64,872.01 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 89.95 | 64,782.06 |
| 07/20/16 | 101 | Crane, Heyman, Simon, Welch & Clar | Test Check<br>Voided on 07/20/16 | | 3120-003 | | 1.00 | 64,781.06 |
| 07/20/16 | 101 | Crane, Heyman, Simon, Welch & Clar | Test Check<br>Voided: check issued on 07/20/16 | | 3120-003 | | -1.00 | 64,782.06 |
| 07/21/16 | 102 | EUGENE CRANE | Dividend paid 100.00% on $8,700.00, Trustee Compensation; Reference: | | 2100-000 | | 8,700.00 | 56,082.06 |
| 07/21/16 | 103 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: 16-00025 | | 2700-000 | | 350.00 | 55,732.06 |
| 07/21/16 | 104 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: 15-00126 | | 2700-000 | | 350.00 | 55,382.06 |
| 07/21/16 | 105 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $1,094.08, Attorney for Trustee Expenses (Trustee Firm); Reference: | | 3120-000 | | 1,094.08 | 54,287.98 |
| 07/21/16 | 106 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,096.50, Accountant for Trustee Fees (Other Firm); Reference: | | 3410-000 | | 1,096.50 | 53,191.48 |

Subtotals :    $64,814.15    $11,622.67

{} Asset reference(s)                                              Printed: 08/11/2016 11:10 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-05646-PH  
**Case Name:** VERA, RONY B.  
VERA, PATRICIA E.  
**Taxpayer ID #:** **-***2595  
**Period Ending:** 08/11/16

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/21/16 | 107 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $44,433.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 44,433.00 | 8,758.48 |
| 07/21/16 | 108 | Internal Revenue Service | Dividend paid 66.82% on $13,107.50; Claim# 11P; Filed: $13,107.50; Reference: | 5800-000 | | 8,758.48 | 0.00 |
| | | | ACCOUNT TOTALS | | 64,814.15 | 64,814.15 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 64,814.15 | 64,814.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $64,814.15 | $64,814.15 | |

Net Receipts : 64,814.15  
Plus Gross Adjustments : 44,185.85  
Less Other Noncompensable Items : -230.00  
Net Estate : $109,230.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4266 | 64,814.15 | 64,814.15 | 0.00 |
| | $64,814.15 | $64,814.15 | $0.00 |

{} Asset reference(s)